FILED

2018 FEB 22 AM 9:34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY ___(AW)___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
LUIS DAVILA

PLAINTIFF

DEFENDANT

CASE NUMBER: **SA 18-065M**

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 2/21/18  9:00   ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 3583

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1987

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: /TDA

10. Remarks (if any): _____

11. Name: ADRIAN BRAVO   (please print)

12. Office Phone Number: 714-338-4610

13. Agency: USMS

14. Signature: _____

15. Date: 2/22/2018

CR-64 (2/14)          REPORT COMMENCING CRIMINAL ACTION